**Order filed March 8, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00020-CV
_____

### LATIA  M JONES, Appellant

### V.

### RGJ APARTMENTS INC. A/K/A RGJ INC. A/K/A VICTORIA PARK APARTMENTS, A/K/A RGJ APTS INC., A/K/A VICTORIA PARK APARTMENT HOME INC., Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2017-44729**

## ORDER

This is an appeal from a judgment signed December 7, 2017. The court's records reflect that in early January 2018,[1] appellant filed in the trial court a statement of inability to afford payment of court costs, contending she cannot afford to pay for the record on appeal. *See* Tex. R. Civ. P. 145(a). Appellant paid the cost of filing an original petition in the trial court, so the statement of inability to afford payment of costs on appeal appears to be appellant's first request

---

[1] The date in the file-stamp mark is partially illegible. It appears to read "JAN 03 2018" or "JAN 07 2018."

to proceed without payment of costs.

The clerk's record has not been filed in this appeal. This court has not been advised whether appellant's statement of inability to afford payment of costs in the trial court was contested, or the ruling on any contest, if any. *See* Tex. R. Civ. P. 145(f). To determine appellant's indigent status, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **March 23, 2018**. The partial clerk's record shall contain (1) the judgment being appealed; (2) any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and (3) the notice of appeal. In addition, the partial clerk's record shall contain: (4) appellant's statement of inability to afford payment of costs; (5) the contest(s) to the statement, if any; (6) the trial court's order ruling on any contest; and (7) any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM